**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **ALL CASES in EXHIBIT A** |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 2nd day of March, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

EXHIBIT A

4:04-cv-01717-BRW  Simmons, et al v. Wyeth Inc, et al
4:04-cv-01736-BRW  Lair, et al v. Wyeth Inc, et al
4:04-cv-01744-BRW  Emery, et al v. Wyeth Inc, et al
4:04-cv-01742-BRW  Abernathy, et al v. Wyeth Inc, et al
4:04-cv-01749-BRW  Martlew v. Wyeth Inc, et al

4:04-cv-01751-BRW  Simmons v. Wyeth Inc, et al
4:04-cv-01767-BRW  Stalls v. Wyeth Inc, et al
4:04-cv-01790-BRW  Peterson, et al v. Wyeth Inc, et al
4:04-cv-01805-BRW  Cottrell v. Wyeth Inc, et al
4:04-cv-01811-BRW  Carrozzella v. Wyeth Inc, et al

4:04-cv-01812-BRW  Dietrich, et al v. Wyeth Inc, et al
4:04-cv-01818-BRW  Bennett v. Wyeth Inc, et al
4:04-cv-01828-BRW  Gerow v. Wyeth Inc, et al
4:04-cv-01831-BRW  Terry, et al v. Wyeth Inc, et al
4:04-cv-01837-BRW  Jones v. Wyeth Inc, et al

4:04-cv-01839-BRW  Fischer v. Wyeth Inc, et al
4:04-cv-01840-BRW  Blake v. Wyeth Inc, et al
4:04-cv-01844-BRW  Broyles v. Wyeth Inc, et al
4:04-cv-01852-BRW  Shookman v. Wyeth Inc, et al
4:04-cv-01869-BRW  Parrish, et al v. Wyeth Inc, et al

4:04-cv-01872-BRW  Jaeger v. Wyeth Inc, et al
4:04-cv-01897-BRW  Foley v. Wyeth Inc, et al
4:04-cv-01902-BRW  Acker v. Wyeth Inc, et al
4:04-cv-01905-BRW  Wadler v. Wyeth Inc, et al
4:04-cv-01910-BRW  Johnson, et al v. Wyeth Inc, et al

4:04-cv-01912-BRW  Hendrickson v. Wyeth Inc, et al
4:04-cv-01918-BRW  Ashner, et al v. Wyeth Inc, et al
4:04-cv-01922-BRW  Skaggs, et al v. Wyeth Inc, et al
4:04-cv-01933-BRW  Allen, et al v. Wyeth Inc, et al
4:04-cv-01940-BRW  Ballauer, et al v. Wyeth Inc, et al

4:04-cv-01946-BRW  Turner, et al v. Wyeth Inc, et al
4:04-cv-01947-BRW  Dillman, et al v. Wyeth Inc, et al
4:04-cv-01951-BRW  Pierce, et al v. Wyeth Inc, et al
4:04-cv-01956-BRW  Stowers v. Wyeth Inc, et al
4:04-cv-01957-BRW  Guffey, et al v. Wyeth Inc, et al

4:04-cv-02248-BRW  Hulsey, et al v. Wyeth, et al
4:05-cv-00091-BRW  Israel v. Wyeth, et al
4:05-cv-00355-BRW  Ragsdale, et al v. Wyeth Inc, et al
4:05-cv-00741-BRW  Pursel, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00966-BRW  Sarmiento et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00968-BRW   Guida et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00971-BRW   De Vos et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00973-BRW   Bellingham et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00975-BRW   Lawrence v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00976-BRW   Pierre et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00977-BRW   Campus et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00995-BRW   Hirsch v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01009-BRW   Draski et al v. Wyeth et al
4:05-cv-01021-BRW   Meilinger et al v. Wyeth Inc et al
4:05-cv-01146-BRW   McKesson et al v. Wyeth Inc et al

4:05-cv-01147-BRW   Hensley et al v. Wyeth Inc et al
4:05-cv-01148-BRW   Windsor et al v. Wyeth Inc et al
4:05-cv-01151-BRW   Rosso et al v. Wyeth Inc et al
4:05-cv-01152-BRW   Smitley et al v. Wyeth Inc et al
4:05-cv-01155-BRW   Barsom et al v. Wyeth Inc et al

4:05-cv-01157-BRW   Hall et al v. Wyeth Inc et al
4:05-cv-01160-BRW   Carroway v. Wyeth Inc et al
4:05-cv-01162-BRW   Scheid et al v. Wyeth Inc et al
4:05-cv-01164-BRW   Wynn et al v. Wyeth Inc et al
4:05-cv-01166-BRW   Dewitt v. Wyeth Inc et al

4:05-cv-01168-BRW   Allman et al v. Wyeth Inc et al
4:05-cv-01173-BRW   Vargo v. Wyeth Inc et al
4:05-cv-01247-BRW   Porter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01255-BRW   Towle v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01257-BRW   Haigler et al v. Wyeth Inc et al

4:05-cv-01259-BRW   Evin v. Wyeth Inc et al
4:05-cv-01376-BRW   Rymer v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01401-BRW   Reed v. Pfizer Inc et al
4:05-cv-01403-BRW   Arko et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01423-BRW   Shreve v. Wyeth Pharmaceuticals Inc et al

4:05-cv-01425-BRW   Franklin v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01426-BRW   Holden et al v. Pfizer Inc et al
4:05-cv-01427-BRW   Wilkerson et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01428-BRW   Fudally et al v. Wyeth et al
4:05-cv-01432-BRW   Boonstra v. Wyeth et al

4:05-cv-01449-BRW   Gardner et al v. Wyeth et al
4:05-cv-01457-BRW   Lamb v. Wyeth Inc et al
4:05-cv-01458-BRW   Lake v. Wyeth Inc et al
4:05-cv-01459-BRW   Lemon v. Wyeth Inc et al
4:05-cv-01460-BRW   Von Nostitz v. Wyeth Inc et al

4:05-cv-01461-BRW Stewart v. Wyeth Inc et al
4:05-cv-01462-BRW Steinbuch et al v. Wyeth Inc et al
4:05-cv-01463-BRW Sanford et al v. Wyeth et al
4:05-cv-01464-BRW Lewis v. Wyeth et al
4:05-cv-01467-BRW Huff et al v. Wyeth Inc et al

4:05-cv-01468-BRW Huff et al v. Wyeth Inc et al
4:05-cv-01469-BRW Hamlin et al v. Wyeth Inc et al
4:05-cv-01487-BRW Lick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01553-BRW Slavik v. Wyeth Inc et al
4:05-cv-01534-BRW Edwards et al v. Wyeth et al

4:05-cv-01566-BRW Smith et al v. Wyeth Inc et al
4:05-cv-01567-BRW Thompson et al v. Wyeth Inc et al
4:05-cv-01572-BRW Shinton et al v. Wyeth Inc et al
4:05-cv-01576-BRW Penrod v. Wyeth Inc et al
4:05-cv-01577-BRW Spielman et al v. Wyeth Inc et al

4:05-cv-01578-BRW Whitley v. Wyeth Inc et al
4:05-cv-01593-BRW Reece v. Wyeth Inc et al
4:05-cv-01594-BRW Beebe et al v. Wyeth et al
4:05-cv-01596-BRW Abbott v. Wyeth Inc et al
4:05-cv-01597-BRW Combs et al v. Wyeth Inc et al

4:05-cv-01598-BRW Schouweiler v. Pharmacia & Upjohn Co.et al
4:05-cv-01600-BRW Morgan v. Wyeth Inc et al
4:05-cv-01601-BRW Littrell et al v. Wyeth Inc et al
4:05-cv-01605-BRW Pogue v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01642-BRW Bailey et al v. Wyeth Inc et al

4:05-cv-01647-BRW Snopel et al v. Wyeth Inc et al
4:05-cv-01695-BRW Andrade v. Wyeth Inc et al
4:05-cv-01699-BRW Quillen v. Wyeth Inc et al
4:05-cv-01738-BRW Morin v. Wyeth Inc et al
4:05-cv-01741-BRW Clemens v. Wyeth Inc et al

4:05-cv-01762-BRW Finnegan et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01779-BRW Fallick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01785-BRW Huffman v. Wyeth Inc et al
4:05-cv-01791-BRW Smith et al v. Wyeth Inc et al
4:05-cv-01796-BRW Streible et al v. Wyeth et al

4:05-cv-01801-BRW Tanner v. Wyeth
4:05-cv-01826-BRW Bacha v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01862-BRW Horgan v. Wyeth Inc et al
4:05-cv-01890-BRW Wells v. Wyeth et al
4:05-cv-01891-BRW Litteer et al v. Wyeth, et al

4:05-cv-01897-BRW Hoen v. Wyeth et al
4:05-cv-01925-BRW Williams v. Wyeth Inc et al
4:05-cv-01933-BRW Engstrom et al v. Wyeth Inc et al
4:05-cv-01935-BRW Stevenson v. Wyeth Inc et al
4:05-cv-01936-BRW Cignotti v. Pharmacia & Upjohn Company LLC et al

4:06-cv-00017-BRW Hughes v. Wyeth Inc et al
4:06-cv-00024-BRW Salois v. Wyeth Inc et al
4:06-cv-00028-BRW Stewart et al v. Wyeth Inc et al
4:06-cv-00044-BRW Schmid et al v. Wyeth Inc et al
4:06-cv-00049-BRW Johnson et al v. Wyeth et al

4:06-cv-00052-BRW Kern et al v. Wyeth et al
4:06-cv-00054-BRW Grimme et al v. Wyeth Inc et al
4:06-cv-00064-BRW Norwood et al v. Wyeth et al
4:06-cv-00065-BRW Hughes et al v. Wyeth et al
4:06-cv-00066-BRW Mattison et al v. Wyeth et al

4:06-cv-00067-BRW Brous et al v. Wyeth et al
4:06-cv-00102-BRW Conza v. Wyeth Inc et al
4:06-cv-00103-BRW O'Toole v. Wyeth et al
4:06-cv-00120-BRW Roffman et al v. Wyeth et al
4:06-cv-00138-BRW Truelsen v. Wyeth Inc et al

4:06-cv-00145-BRW Fruchtl et al v. Wyeth Inc et al
4:06-cv-00148-BRW Watson et al v. Wyeth Inc et al
4:06-cv-00149-BRW Minschew v. Wyeth et al
4:06-cv-00154-BRW Sochan et al v. Wyeth et al
4:06-cv-00161-BRW Spivey et al v. Wyeth Inc et al

4:06-cv-00173-BRW Hart et al v. Wyeth Inc et al
4:06-cv-00184-BRW Vossler et al v. Wyeth Inc et al
4:06-cv-00207-BRW Pow et al v. Wyeth et al
4:06-cv-00222-BRW Miller v. Wyeth et al
4:06-cv-00230-BRW Chomar v. Wyeth Inc et al

4:06-cv-00232-BRW Barrett v. Wyeth Inc et al
4:06-cv-00246-BRW White v. Wyeth et al
4:06-cv-00271-BRW Purcell et al v. Wyeth et al
4:06-cv-00278-BRW Witcher et al v. Wyeth et al
4:06-cv-00301-BRW Didier et al v. Wyeth Inc et al

4:06-cv-00303-BRW Clark v. Wyeth et al
4:06-cv-00304-BRW Campbell et al v. Wyeth Inc et al
4:06-cv-00306-BRW Myles et al v. Wyeth Inc et al
4:06-cv-00308-BRW Fallman v. Wyeth et al
4:06-cv-00309-BRW Coppock v. Wyeth et al

4:06-cv-00310-BRW  White v. Wyeth et al  
4:06-cv-00312-BRW  Peterson v. Wyeth et al  
4:06-cv-00313-BRW  Hood v. Wyeth Inc et al  
4:06-cv-00329-BRW  Stafford v. Wyeth et al  
4:06-cv-00347-BRW  Reed v. Wyeth Inc et al  

4:06-cv-00388-BRW  Langston et al v. Wyeth Inc et al  
4:06-cv-00404-BRW  Fox v. Wyeth et al  
4:06-cv-00410-BRW  Telsey et al v. Wyeth et al  
4:06-cv-00421-BRW  Valyou v. Bristol-Myers Squibb Company et al  
4:06-cv-00429-BRW  Doering v. Wyeth  

4:06-cv-00431-BRW  Johnson v. Wyeth et al  
4:06-cv-00436-BRW  Hogan v. Wyeth et al  
4:06-cv-00440-BRW  Morrell v. Wyeth et al  
4:06-cv-00456-BRW  Neal v. Wyeth et al  
4:06-cv-00457-BRW  Dolan et al v. Wyeth et al  

4:06-cv-00458-BRW  Dollar v. Wyeth et al  
4:06-cv-00463-BRW  Lenart v. Wyeth et al  
4:06-cv-00469-BRW  Lafferty v. Wyeth et al  
4:06-cv-00479-BRW  Carpenter et al v. Wyeth et al  
4:06-cv-00482-BRW  Rigsby v. Wyeth Inc et al  

4:06-cv-00483-BRW  Romano v. Wyeth Inc et al  
4:06-cv-00484-BRW  Kaminiski v. Wyeth Inc et al  
4:06-cv-00492-BRW  Latchman v. Wyeth Inc et al  
4:06-cv-00516-BRW  Levin v. Wyeth Inc et al  
4:06-cv-00522-BRW  Jones v. Wyeth et al  

4:06-cv-00528-BRW  Thurman et al v. Wyeth et al  
4:06-cv-00529-BRW  Stevens v. Pharmacia & Upjohn Company LLC et al  
4:06-cv-00533-BRW  Pendley v. Wyeth et al  
4:06-cv-00539-BRW  Gunter et al v. Wyeth et al  
4:06-cv-00557-BRW  Hayman v. Wyeth Inc et al  

4:06-cv-00559-BRW  Dunn et al v. Wyeth et al  
4:06-cv-00560-BRW  Linville v. Wyeth et al  
4:06-cv-00562-BRW  Chakerian v. Wyeth et al  
4:06-cv-00563-BRW  Weiss v. Wyeth et al  
4:06-cv-00571-BRW  Bohlen v. Wyeth Inc et al  

4:06-cv-00579-BRW  Lewis v. Wyeth Inc et al  
4:06-cv-00584-BRW  King v. Wyeth et al  
4:06-cv-00586-BRW  Larrick et al v. Wyeth et al  
4:06-cv-00596-BRW  Elich v. Wyeth et al  
4:06-cv-00621-BRW  Bowman v. Wyeth et al

4:06-cv-00625-BRW   Falcone et al v. Wyeth et al
4:06-cv-00626-BRW   Ryan et al v. Wyeth et al
4:06-cv-00631-BRW   Handshy et al v. Wyeth et al
4:06-cv-00634-BRW   Bowers et al v. Wyeth et al
4:06-cv-00637-BRW   Borne et al v. Wyeth Pharmaceuticals Inc

4:06-cv-00639-BRW   West et al v. Wyeth et al
4:06-cv-00640-BRW   Moritz v. Wyeth et al
4:06-cv-00642-BRW   Anderson et al v. Wyeth et al
4:06-cv-00643-BRW   Beatty et al v. Wyeth et al
4:06-cv-00644-BRW   Groh et al v. Wyeth et al

4:06-cv-00648-BRW   Troy v. Wyeth et al
4:06-cv-00650-BRW   Jackson v. Wyeth et al
4:06-cv-00651-BRW   Starnes v. Wyeth et al
4:06-cv-00686-BRW   Hunter v. Wyeth et al
4:06-cv-00691-BRW   Robinson v. Wyeth et al

4:06-cv-00693-BRW   Schexnayder v. Wyeth et al
4:06-cv-00694-BRW   Przybysz v. Wyeth et al
4:06-cv-00698-BRW   Eiseland et al v. Novartis Inc et al
4:06-cv-00699-BRW   Gillette et al v. Wyeth et al
4:06-cv-00700-BRW   Gray et al v. Wyeth et al

4:06-cv-00701-BRW   Miles et al v. Wyeth et al
4:06-cv-00703-BRW   Casteel v. Wyeth et al
4:06-cv-00705-BRW   Harvey v. Wyeth et al
4:06-cv-00706-BRW   Morgan v. Wyeth et al
4:06-cv-00707-BRW   Mercer v. Wyeth et al

4:06-cv-00708-BRW   Brown v. Wyeth et al
4:06-cv-00711-BRW   Fairbairn v. Wyeth et al
4:06-cv-00713-BRW   Glahn v. Wyeth et al
4:06-cv-00724-BRW   Harrison v. Wyeth et al
4:06-cv-00725-BRW   Moody v. Wyeth et al

4:06-cv-00734-BRW   Baker v. Wyeth et al
4:06-cv-00744-BRW   Myers et al v. Wyeth Inc et al
4:06-cv-00745-BRW   Schons v. Wyeth et al
4:06-cv-00766-BRW   Kibat v. Wyeth et al
4:06-cv-00767-BRW   Grosor v. Wyeth et al

4:06-cv-00768-BRW   Hagen v. Wyeth Inc et al
4:06-cv-00775-BRW   Taylor v. Wyeth et al
4:06-cv-00778-BRW   Jones et al v. Wyeth Inc et al
4:06-cv-00785-BRW   Pedicone v. Wyeth et al
4:06-cv-00786-BRW   Behnke et al v. Wyeth Inc et al

4:06-cv-00790-BRW Ulmen v. Wyeth et al
4:06-cv-00791-BRW Newland v. Wyeth et al
4:06-cv-00792-BRW Hart et al v. Wyeth Inc et al
4:06-cv-00794-BRW Easley v. Wyeth et al
4:06-cv-00795-BRW Hodge v. Wyeth et al

4:06-cv-00796-BRW Klauck v. Wyeth et al
4:06-cv-00798-BRW Patterson v. Wyeth et al
4:06-cv-00799-BRW Massey et al v. Wyeth et al
4:06-cv-00802-BRW Hughes et al v. Wyeth et al
4:06-cv-00804-BRW Laines v. Wyeth et al

4:06-cv-00808-BRW Raterman v. Wyeth Inc et al
4:06-cv-00813-BRW Zachow et al v. Wyeth Inc et al
4:06-cv-00814-BRW Jones v. Wyeth Inc et al
4:06-cv-00823-BRW Reingold v. Wyeth et al
4:06-cv-00824-BRW Crittenden v. Wyeth et al

4:06-cv-00840-BRW Peoples v. Wyeth et al
4:06-cv-00852-BRW Bradley et al v. Wyeth et al
4:06-cv-00854-BRW Johnson et al v. Wyeth Inc et al
4:06-cv-00855-BRW Bailey v. Pfizer Inc et al
4:06-cv-00859-BRW Whitman v. Wyeth et al

4:06-cv-00875-BRW Turner v. Wyeth et al
4:06-cv-00885-BRW Townsend v. Wyeth et al
4:06-cv-00888-BRW Elliott v. Wyeth et al
4:06-cv-00889-BRW Hare v. Wyeth et al
4:06-cv-00890-BRW Olive v. Wyeth et al

4:06-cv-00891-BRW Hayes v. Wyeth et al
4:06-cv-00894-BRW Wadkins v. Wyeth et al
4:06-cv-00895-BRW Portrey v. Wyeth et al
4:06-cv-00896-BRW Branton v. Wyeth et al
4:06-cv-00897-BRW McKay v. Wyeth et al

4:06-cv-00901-BRW Robbins v. Wyeth Inc et al
4:06-cv-00902-BRW Frazier v. Wyeth et al
4:06-cv-00905-BRW Gustin v. Wyeth et al
4:06-cv-00906-BRW Mueller v. Wyeth et al
4:06-cv-00907-BRW Bjornson et al v. Pharmacia & Upjohn Co. LLC et al

4:06-cv-00913-BRW Long v. Wyeth et al
4:06-cv-00917-BRW Leseberg et al v. Wyeth et al
4:06-cv-00934-BRW Schmitt v. Wyeth et al
4:06-cv-00935-BRW Zaleski v. Wyeth Inc et al
4:06-cv-00939-BRW Huddleston v. Wyeth et al

4:06-cv-00950-BRW Morgan v. Wyeth et al
4:06-cv-00955-BRW Dunkhas et al v. Wyeth et al
4:06-cv-00956-BRW St John et al v. Wyeth et al
4:06-cv-00958-BRW Griffin v. Wyeth et al
4:06-cv-00964-BRW Meade v. Wyeth

4:06-cv-00969-BRW Ennis v. Wyeth et al
4:06-cv-00971-BRW Howard v. Wyeth et al
4:06-cv-00972-BRW Cook v. Wyeth et al
4:06-cv-00973-BRW Labelle v. Wyeth et al
4:06-cv-00974-BRW Wright v. Wyeth et al

4:06-cv-00976-BRW Pyle v. Wyeth et al
4:06-cv-00978-BRW Storch v. Wyeth et al
4:06-cv-00979-BRW Ray v. Wyeth et al
4:06-cv-00984-BRW Irwin v. Wyeth et al
4:06-cv-00991-BRW Fonseca v. Wyeth et al

4:06-cv-00992-BRW Burns v. Wyeth et al
4:06-cv-01016-BRW Dold et al v. Wyeth et al
4:06-cv-01020-BRW Malmstrom v. Wyeth et al
4:06-cv-01024-BRW Ritchie v. Wyeth et al
4:06-cv-01030-BRW Downs-Breo et al v. Wyeth et al

4:06-cv-01033-BRW Armstrong v. Wyeth et al
4:06-cv-01040-BRW Fields v. Wyeth et al
4:06-cv-01041-BRW Watson v. Wyeth et al
4:06-cv-01042-BRW Smith v. Wyeth et al
4:06-cv-01043-BRW Samples v. Wyeth et al

4:06-cv-01044-BRW Adkisson v. Wyeth et al
4:06-cv-01050-BRW Klocek v. Wyeth et al
4:06-cv-01052-BRW Pepperdine v. Wyeth et al
4:06-cv-01058-BRW Bloodgood v. Wyeth et al
4:06-cv-01059-BRW Thebeau v. Wyeth, et al

4:06-cv-01060-BRW Dorsett v. Wyeth et al
4:06-cv-01062-BRW Gray v. Wyeth et al
4:06-cv-01064-BRW Worley v. Wyeth et al
4:06-cv-01065-BRW Roach v. Wyeth et al
4:06-cv-01067-BRW Newhouse v. Wyeth et al

4:06-cv-01068-BRW Baker v. Wyeth et al
4:06-cv-01070-BRW Schmick v. Wyeth et al
4:06-cv-01071-BRW Gant v. Wyeth et al
4:06-cv-01072-BRW Hawemann v. Wyeth et al
4:06-cv-01075-BRW Ross v. Wyeth Inc et al

4:06-cv-01080-BRW Nelson et al v. Wyeth et al
4:06-cv-01081-BRW Baker v. Wyeth et al
4:06-cv-01086-BRW Campbell v. Wyeth et al
4:06-cv-01092-BRW Ghorley v. Wyeth et al
4:06-cv-01093-BRW Pannell v. Wyeth et al

4:06-cv-01096-BRW Lawrence et al v. Wyeth et al
4:06-cv-01109-BRW Anderson v. Pfizer Inc et al
4:06-cv-01110-BRW Hill v. Wyeth et al
4:06-cv-01118-BRW Gavino v. Wyeth et al
4:06-cv-01121-BRW Frandsen v. Wyeth et al

4:06-cv-01124-BRW Williams v. Wyeth et al
4:06-cv-01126-BRW Hatcher v. Wyeth et al
4:06-cv-01128-BRW Furber v. Wyeth et al
4:06-cv-01129-BRW Edris v. Wyeth et al
4:06-cv-01131-BRW Hickman-Claytor v. Wyeth et al

4:06-cv-01143-BRW Paradis v. Wyeth et al
4:06-cv-01145-BRW Morris et al v. Wyeth et al
4:06-cv-01163-BRW Burgett v. Wyeth et al
4:06-cv-01164-BRW Rodriguez v. Wyeth Inc et al
4:06-cv-01168-BRW Jones et al v. Wyeth et al

4:06-cv-01169-BRW Bickel et al v. Wyeth et al
4:06-cv-01171-BRW Merwin et al v. Wyeth et al
4:06-cv-01172-BRW Taylor v. Wyeth et al
4:06-cv-01176-BRW Thrift v. Wyeth et al
4:06-cv-01181-BRW Billeau et al v. Wyeth et al

4:06-cv-01182-BRW Boelk et al v. Wyeth et al
4:06-cv-01183-BRW Flores et al v. Wyeth et al
4:06-cv-01191-BRW Bross v. Wyeth et al
4:06-cv-01199-BRW Ulmer v. Wyeth et al
4:06-cv-01206-BRW Wilson v. Wyeth et al

4:06-cv-01207-BRW Pritchett et al v. Wyeth et al
4:06-cv-01208-BRW George et al v. Wyeth et al
4:06-cv-01210-BRW Seaton et al v. Wyeth et al
4:06-cv-01213-BRW Johnson v. Wyeth et al
4:06-cv-01216-BRW Grindle et al v. Wyeth et al

4:06-cv-01218-BRW Garcia et al v. Wyeth et al
4:06-cv-01221-BRW Brege v. Wyeth et al
4:06-cv-01226-BRW Baena et al v. Wyeth et al
4:06-cv-01229-BRW Weston et al v. Wyeth et al
4:06-cv-01230-BRW Walrod v. Wyeth et al

4:06-cv-01232-BRW   Sellepack v. Wyeth et al
4:06-cv-01234-BRW   Roe v. Wyeth et al
4:06-cv-01235-BRW   Roberts v. Wyeth et al
4:06-cv-01236-BRW   Patten v. Wyeth et al
4:06-cv-01237-BRW   Mullins et al v. Wyeth et al

4:06-cv-01239-BRW   Melendez v. Wyeth et al
4:06-cv-01240-BRW   Morgan et al v. Wyeth et al
4:06-cv-01242-BRW   Long et al v. Wyeth et al
4:06-cv-01243-BRW   Killian et al v. Wyeth et al
4:06-cv-01244-BRW   Carll v. Wyeth et al

4:06-cv-01245-BRW   Ayers v. Wyeth et al
4:06-cv-01246-BRW   Mancini v. Wyeth et al
4:06-cv-01247-BRW   Ferguson et al v. Wyeth et al
4:06-cv-01248-BRW   Kennedy et al v. Wyeth et al
4:06-cv-01249-BRW   Hamm v. Wyeth et al

4:06-cv-01251-BRW   McClellan v. Wyeth et al
4:06-cv-01253-BRW   O'Neil v. Wyeth et al
4:06-cv-01258-BRW   Rubin-Finn v. Wyeth et al
4:06-cv-01261-BRW   Stamper et al v. Wyeth et al
4:06-cv-01275-BRW   Jansky v. Wyeth et al

4:06-cv-01277-BRW   Dewey v. Wyeth et al
4:06-cv-01281-BRW   Shay v. Wyeth et al
4:06-cv-01283-BRW   Lykins et al v. Wyeth Inc et al
4:06-cv-01285-BRW   Lantz et al v. Wyeth et al
4:06-cv-01355-BRW   Dane v. Wyeth Inc et al

4:06-cv-01360-BRW   Blevins et al v. Wyeth et al
4:06-cv-01361-BRW   Heleniak et al v. Pfizer Inc et al
4:06-cv-01367-BRW   Darby et al v. Wyeth et al
4:06-cv-01371-BRW   Allen-Honeycutt et al v. Wyeth et al
4:06-cv-01377-BRW   Kruse et al v. Wyeth et al

4:06-cv-01389-BRW   Martin v. Wyeth Inc et al
4:06-cv-01404-BRW   Kaiser et al v. Wyeth Inc et al
4:06-cv-01406-BRW   Acard v. Wyeth et al
4:06-cv-01416-BRW   Lonkani v. Wyeth Inc et al
4:06-cv-01420-BRW   Scherer et al v. Wyeth et al

4:06-cv-01422-BRW   Newman et al v. Wyeth et al
4:06-cv-01424-BRW   Keith v. Wyeth et al
4:06-cv-01454-BRW   Brown et al v. Wyeth Inc et al
4:06-cv-01504-BRW   Aguayo et al v. Wyeth et al
4:06-cv-01518-BRW   Henry v. Pfizer Inc et al

4:06-cv-01521-BRW Galloway v. Wyeth et al
4:06-cv-01544-BRW Romel v. Wyeth et al
4:06-cv-01549-BRW Baurmash v. Wyeth Inc et al
4:06-cv-01552-BRW Dougherty v. Wyeth Inc et al
4:06-cv-01554-BRW Wilson v. Wyeth Inc et al

4:06-cv-01602-BRW Rister v. Wyeth Inc et al
4:06-cv-01655-BRW Groethe v. Wyeth et al
4:06-cv-01681-BRW Ippolito v. Wyeth Inc et al
4:06-cv-01684-BRW Williams v. Wyeth Inc et al
4:06-cv-01698-BRW McCandless v. Wyeth et al

4:07-cv-00001-BRW Addis et al v. Wyeth Inc et al
4:07-cv-00078-BRW Gattuso v. Wyeth Inc et al
4:07-cv-00096-BRW Collins v. Wyeth et al
4:07-cv-00104-BRW Arnold v. Wyeth et al
4:07-cv-00105-BRW Cox v. Wyeth et al

4:07-cv-00108-BRW Fuentes v. Wyeth Inc et al
4:07-cv-00115-BRW Nickence v. Wyeth Inc et al
4:07-cv-00125-BRW Cook et al v. Wyeth et al
4:07-cv-00127-BRW Becker v. Wyeth et al
4:07-cv-00128-BRW Doctors v. Wyeth et al

4:07-cv-00167-BRW Miller v. Wyeth
4:07-cv-00168-BRW Gabriel v. Wyeth
4:07-cv-00169-BRW Llana v. Wyeth et al
4:07-cv-00170-BRW Godwin v. Wyeth et al
4:07-cv-00182-BRW Howard v. Wyeth et al

4:07-cv-00188-BRW Vara et al v. Wyeth et al
4:07-cv-00190-BRW Podesta v. Wyeth et al
4:07-cv-00226-BRW Martinez v. Wyeth et al
4:07-cv-00230-BRW Read v. Wyeth et al
4:07-cv-00248-BRW Lawson v. Wyeth et al

4:07-cv-00293-BRW Fegley v. Wyeth et al
4:07-cv-00295-BRW Infinger et al v. Wyeth Inc et al
4:07-cv-00313-BRW Fitzner v. Wyeth et al
4:07-cv-00322-BRW Moe v. Wyeth et al
4:07-cv-00325-BRW Mullins et al v. Wyeth et al

4:07-cv-00336-BRW Gilley v. Wyeth et al
4:07-cv-00431-BRW Keane et al v. Pfizer Inc et al
4:07-cv-00456-BRW Marshall v. Wyeth et al
4:07-cv-00465-BRW Wagner v. Wyeth et al
4:07-cv-00466-BRW Swanson v. Wyeth et al

4:07-cv-00468-BRW   Kaplan v. Wyeth et al
4:07-cv-00474-BRW   Calabro v. Wyeth et al
4:07-cv-00480-BRW   Rhodes v. Wyeth Inc
4:07-cv-00496-BRW   Berns v. Wyeth Inc et al
4:07-cv-00499-BRW   Mims et al v. Wyeth Pharmaceuticals Inc

4:07-cv-00500-BRW   Gardner v. Wyeth Pharmaceuticals Inc
4:07-cv-00513-BRW   Bernardo v. Wyeth et al
4:07-cv-00544-BRW   Basham v. Wyeth et al
4:07-cv-00547-BRW   Saucier et al v. Wyeth Inc et al
4:07-cv-00552-BRW   VanTassal v. Wyeth et al

4:07-cv-00560-BRW   Kimbrough v. Wyeth et al
4:07-cv-00578-BRW   Riley v. Wyeth et al
4:07-cv-00579-BRW   Soukkala v. Wyeth et al
4:07-cv-00581-BRW   Lightner v. Wyeth et al
4:07-cv-00597-BRW   Wright v. Wyeth et al

4:07-cv-00599-BRW   McKinney v. Wyeth et al
4:07-cv-00650-BRW   Greenberg v. Wyeth
4:07-cv-00724-BRW   Meredith et al v. Wyeth
4:07-cv-00735-BRW   Inwood v. Wyeth Inc et al
4:07-cv-00736-BRW   Edmundson et al v. Wyeth et al

4:07-cv-00738-BRW   Feldman v. Wyeth Inc et al
4:07-cv-01071-BRW   Hoffman v. Wyeth et al
4:07-cv-01072-BRW   Henderson et al v. Wyeth Inc et al
4:07-cv-01082-BRW   Pace v. Wyeth et al
4:07-cv-01085-BRW   Patterson v. Wyeth et al

4:07-cv-01094-BRW   Mumme et al v. Wyeth Inc et al
4:07-cv-01121-BRW   Kendall v. Pharmacia & Upjohn Company et al
4:07-cv-01122-BRW   Johnston v. Wyeth et al
4:07-cv-01126-BRW   Neilson v. Wyeth et al
4:07-cv-01127-BRW   Poto v. Wyeth et al

4:07-cv-01128-BRW   Shippen v. Wyeth et al
4:07-cv-01137-BRW   Singer v. Wyeth et al
4:07-cv-01140-BRW   Thompson v. Wyeth et al
4:07-cv-01141-BRW   Pulley v. Wyeth et al
4:07-cv-01145-BRW   Ward v. Wyeth et al

4:07-cv-01197-BRW   Harding et al v. Wyeth Inc et al
4:07-cv-01201-BRW   Bailey v. Wyeth et al
4:07-cv-01205-BRW   Carruth v. Wyeth et al
4:08-cv-00009-BRW   Johnson et al v. Wyeth et al
4:08-cv-00029-BRW   Hesch et al v. Wyeth Inc et al

4:08-cv-00038-BRW   Ranallo v. Wyeth et al
4:08-cv-00045-BRW   Mongeon v. Wyeth et al
4:08-cv-00054-BRW   Asbury v. Wyeth et al
4:08-cv-00055-BRW   D'Andrea v. Wyeth et al
4:08-cv-00063-BRW   McCall v. Wyeth Inc et al

4:08-cv-00080-BRW   Fitzgerald et al v. Pfizer Inc et al
4:08-cv-00103-BRW   Rutledge v. Wyeth et al
4:08-cv-00113-BRW   Gaw v. Wyeth et al
4:08-cv-00125-BRW   Shows v. Wyeth Pharmaceuticals Inc
4:08-cv-00129-BRW   Beier v. Wyeth et al

4:08-cv-00135-BRW   Marsa v. Wyeth et al
4:08-cv-00173-BRW   Wilkerson v. Wyeth et al
4:08-cv-00177-BRW   Willis v. Wyeth et al
4:08-cv-00178-BRW   McGinn et al v. Wyeth Inc et al
4:08-cv-00182-BRW   Mink v. Wyeth Inc et al

4:08-cv-00186-BRW   Pecci v. Wyeth et al
4:08-cv-00192-BRW   Illingsworth v. Wyeth Inc et al
4:08-cv-00203-BRW   Pellack v. Wyeth Pharmaceuticals Inc
4:08-cv-00237-BRW   Hunt et al v. Wyeth Inc et al
4:08-cv-00239-BRW   Dake v. Pfizer Inc et al

4:08-cv-00248-BRW   Cottrell v. Wyeth et al
4:08-cv-00251-BRW   Colledge et al v. Wyeth Inc et al
4:08-cv-00252-BRW   Garfinkle v. Wyeth et al
4:08-cv-00256-BRW   Singleton v. Wyeth et al
4:08-cv-00258-BRW   Johnson et al v. Wyeth Inc et al

4:08-cv-00259-BRW   Tucker v. Wyeth et al
4:08-cv-00263-BRW   Rieder et al v. Wyeth Inc et al
4:08-cv-00264-BRW   Hirvela et al v. Wyeth Inc et al
4:08-cv-00265-BRW   Chambers et al v. Wyeth Inc et al
4:08-cv-00266-BRW   Joffrion v. Wyeth et al

4:08-cv-00289-BRW   Hill v. Wyeth et al
4:08-cv-00296-BRW   Pugh v. Wyeth Inc et al
4:08-cv-00297-BRW   Ogens v. Wyeth et al
4:08-cv-00310-BRW   Grant-Hylton v. Wyeth et al
4:08-cv-00311-BRW   Duke v. Wyeth et al

4:08-cv-00312-BRW   Brinkley v. Wyeth et al
4:08-cv-00313-BRW   Case v. Wyeth et al
4:08-cv-00314-BRW   Deavers v. Wyeth et al
4:08-cv-00322-BRW   Martin v. Wyeth et al
4:08-cv-00330-BRW   Reed v. Wyeth et al

4:08-cv-00332-BRW Cerinetti et al v. Wyeth et al
4:08-cv-00343-BRW Becker et al v. Wyeth Inc et al
4:08-cv-00344-BRW Meir et al v. Wyeth Inc et al
4:08-cv-00348-BRW Kalbfleisch et al v. Wyeth Inc et al
4:08-cv-00350-BRW Fratzke v. Wyeth Inc et al

4:08-cv-00394-BRW Grace v. Wyeth et al
4:08-cv-00396-BRW Trost v. Wyeth et al
4:08-cv-00418-BRW Zidlick v. Wyeth et al
4:08-cv-00420-BRW Slezak v. Wyeth Inc et al
4:08-cv-00435-BRW Hall v. Wyeth et al

4:08-cv-00445-BRW Sharp et al v. Wyeth et al
4:08-cv-00461-BRW Cochran v. Wyeth Inc et al
4:08-cv-00465-BRW Johnson v. Wyeth Inc et al
4:08-cv-00495-BRW Brooks v. Wyeth Inc et al
4:08-cv-00528-BRW Pfaff v. Wyeth Inc et al

4:08-cv-00551-BRW Harrison et al v. Wyeth et al
4:08-cv-00554-BRW Miller v. Wyeth et al
4:08-cv-00565-BRW Lowe v. Wyeth et al
4:08-cv-00605-BRW Stedman et al v. Wyeth et al
4:08-cv-00625-BRW Stoe et al v. Wyeth et al

4:08-cv-00632-BRW Sauer et al v. Wyeth et al
4:08-cv-00678-BRW Harwell v. Wyeth et al
4:08-cv-00693-BRW Erger v. Wyeth et al
4:08-cv-00776-BRW Carpenter v. Wyeth et al
4:08-cv-00859-BRW Mills v. Wyeth et al

4:08-cv-00863-BRW Savage v. Wyeth et al
4:08-cv-00867-BRW Camp v. Wyeth et al
4:08-cv-00869-BRW Touchstone v. Wyeth et al
4:08-cv-00872-BRW Scholl v. Wyeth et al
4:08-cv-00874-BRW Valovich v. Wyeth et al

4:08-cv-00923-BRW Williams v. Wyeth Inc et al
4:08-cv-01079-BRW Lawnsdale v. Wyeth et al
4:08-cv-01082-BRW Bogler v. Wyeth et al
4:08-cv-01086-BRW Haber v. Wyeth et al
4:08-cv-01161-BRW Hickerson et al v. Wyeth Inc et al

4:08-cv-01166-BRW Mitchener v. Wyeth Inc et al
4:08-cv-01194-BRW Steinhardt v. Wyeth et al
4:08-cv-01195-BRW Pruett et al v. Wyeth et al
4:08-cv-01211-BRW Bot v. Wyeth et al
4:08-cv-01246-BRW Shaker v. Wyeth et al

4:08-cv-01250-BRW   McCann v. Wyeth et al
4:08-cv-01284-BRW   Andres et al v. Wyeth et al
4:08-cv-01297-BRW   Lunde et al v. Wyeth
4:08-cv-01310-BRW   Daher v. Wyeth et al
4:08-cv-01316-BRW   Perez v. Wyeth Inc

4:08-cv-01361-BRW   Roberts v. Wyeth Inc et al
4:08-cv-01378-BRW   Jones v. Wyeth et al
4:08-cv-01414-BRW   Dybvig v. Wyeth Inc et al
4:08-cv-01425-BRW   Gaio v. Wyeth Inc et al
4:08-cv-01433-BRW   Pieprzny v. Wyeth Inc et al

4:08-cv-01436-BRW   Johnson v. Wyeth Inc et al
4:08-cv-01444-BRW   Bortel v. Wyeth et al
4:08-cv-01445-BRW   Jacks v. Wyeth Inc et al
4:08-cv-01446-BRW   Griesing v. Wyeth et al
4:08-cv-01447-BRW   Hoffman v. Wyeth et al

4:08-cv-01448-BRW   Kelly v. Wyeth et al
4:08-cv-01449-BRW   Larson v. Wyeth et al
4:08-cv-01522-BRW   Adkins v. Wyeth et al
4:08-cv-01548-BRW   Olson v. Wyeth et al
4:08-cv-01552-BRW   Kuntz v. Wyeth Inc et al

4:08-cv-01628-BRW   Francis v. Pfizer Inc et al
4:08-cv-01815-BRW   Love v. Wyeth Inc et al
4:08-cv-01817-BRW   Ferreira et al v. Wyeth et al
4:08-cv-01818-BRW   Ruggles v. Wyeth et al
4:08-cv-01819-BRW   Martino et al v. Wyeth et al

4:08-cv-01820-BRW   Green et al v. Wyeth et al
4:08-cv-01821-BRW   Geyer et al v. Wyeth et al
4:08-cv-01833-BRW   Paquin v. Mylan Laboratories Inc
4:08-cv-01834-BRW   Posey v. Qualitest Pharmaceuticals Inc
4:08-cv-01837-BRW   Gray et al v. Wyeth et al

4:08-cv-01840-BRW   Reed et al v. Wyeth et al
4:08-cv-01841-BRW   Fox v. Wyeth et al
4:08-cv-01842-BRW   Bowling v. Wyeth et al
4:08-cv-01858-BRW   Long v. Wyeth et al
4:08-cv-01859-BRW   Surenyan v. Wyeth et al

4:08-cv-01863-BRW   Bennett et al v. Wyeth Inc et al
4:08-cv-01867-BRW   Ewick v. Wyeth Inc et al
4:08-cv-01878-BRW   McAloon v. Wyeth Inc et al
4:08-cv-01882-BRW   McClain v. Wyeth Inc et al
4:08-cv-01883-BRW   Micheletti et al v. Wyeth Inc et al